# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SATICOY BAY, LLC, SERIES 4800 FIESTA LAKES, A NEVADA LIMITED LIABILITY COMPANY, <br><br> Appellant, <br><br> vs. <br> LOS PRADOS COMMUNITY ASSOCIATION, INC., A DOMESTIC NON-PROFIT COOPERATIVE CORPORATION; AND NEVADA ASSOCIATION SERVICES, A DOMESTIC CORPORATION, <br><br> Respondents. | No. 79928 <br><br> **FILED** <br><br> JUL 2 9 2020 <br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY S. Young <br> DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Appellants and respondent Los Prados Community Association, Inc., have filed a stipulation to dismiss this appeal. The stipulation is approved and this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Kerry Louise Earley, District Judge
John Walter Boyer, Settlement Judge
Roger P. Croteau & Associates, Ltd.
Alverson Taylor & Sanders
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-27593